■ RAFAEL GALVEZ ORTIZ, Plaintiff, v FOOD MACHINERY OF AMERICA, INC., Defendant/Third-Party Plaintiff-Appellant. LA MINERVA OMEGA GROUP SRL, Third-Party Defendant-Respondent, et al., Third-Party Defendants. [5 NYS3d 8]—

Order, Supreme Court, Bronx County (Wilma Guzman, J.),

entered June 4, 2014, which granted third-party defendant La Minerva Group SRL's motion to dismiss the third-party complaint as against it on the basis of lack of personal jurisdiction, unanimously affirmed, without costs.

The sole argument advanced in support of reversal is that the motion court erred in considering the affidavit submitted by La Minerva in support of its motion to dismiss, because the affidavit was not accompanied by a translator's affidavit. However, the witness's affidavit is in English, and La Minerva's counsel represents that the witness, an Italian citizen, speaks English, and communicated with counsel in English concerning the drafting of the affidavit (*see* CPLR 2101 [b]; *Eustaquio v 860 Cortlandt Holdings, Inc.*, 95 AD3d 548 [1st Dept 2012]; *Reyes v Arco Wentworth Mgt. Corp.*, 83 AD3d 47, 54 [2d Dept 2011]). An Italian translation of the affidavit was provided for the benefit of the Italian notary, but the witness provided his sworn statement in English. Concur—Tom, J.P., Saxe, Manzanet-Daniels, Gische and Clark, JJ. **[Prior Case History: 2014 NY Slip Op 31868(U).]**